DEBORAH M. SMITH
Acting United States Attorney

ANDREA T. STEWARD
Assistant United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: aunnie.steward@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) REENTRY OF REMOVED ALIEN |
| vs. | ) Vio. of 8 U.S.C. § 1326 (a) |
| | ) |
| CEFERINO HERNANDEZ-GUZMAN, | ) |
| aka WILFREDO ELIZA BAEZ | ) |
| | ) |
| Defendant. | ) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT 1:

On or about the 30th of October, 2003, in the District of Alaska, the defendant,

CEFERINO HERNANDEZ-GUZMAN, aka WILFREDO ELIZA BAEZ, an alien who

had been removed previously, was found in the United States at Anchorage, Alaska, the

said defendant having not obtained the consent of the Attorney General of the United

States or his successor, the Secretary of Homeland Security (Title 6, United States Code,

Sections 202(3),(4) and 557) to reapply for admission into the United States.  All in

violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Andrea T. Stewart
ANDREA T. STEWARD
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: aunnie.steward@usdoj.gov

s/ James A. Goeke (for)
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: _7/19/06_____