MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>CEFERINO HERNANDEZ-GUZMAN</u> CASE NO. <u>3:06-cr-00062-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER: <u>ROBIN M. CARTER</u>

UNITED STATES' ATTORNEY: <u>TOM BRADLEY</u>

DEFENDANT'S ATTORNEY: <u>KEVIN MCCOY - APPOINTED</u>

U.S.P.O.: <u>PAULA MCCORMICK</u>

INTERPRETER: <u>IRENE TOMASSINI    (SPANISH)</u>
<u>X</u> Telephonic Appearance                (Language)

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 7/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OFF RECORD NOTE: Indictment read to the defendant by the
interpreter.

At 10:38 a.m. court convened.

<u>X</u> Copy of Indictment given to defendant; read.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> PLEA: Not guilty to count <u>1 of the Indictment.</u>

<u>X</u> Detention uncontested.  Order of Detention Pending Trial **FILED**.

<u>X</u> Pretrial motions due <u>**8/10/06**</u>; Order for the Progression of a
  Criminal Case **FILED**.

<u>X</u> Counsel advised of trial date: <u>**9/6/06**</u>

At 10:54 a.m. court adjourned.


DATE: <u>July 21, 2006</u>      DEPUTY CLERK'S INITIALS: <u>rc</u>