UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )
                                 )   Case No. 3:06-cr-00062-JWS
v.                               )
                                 )
CEFERINO HERNANDEZ-GUZMAN,       )
                                 )
        Defendant.                )
_____)

**ORDER APPOINTING INTERPRETER**

Having found defendant to be indigent and not proficient in English, the court hereby ORDERS that an interpreter be appointed at government expense to provide in-court translation services for defendant.

Yolanda Salazar-Hobrough, 617-938 Howe Street, Vancouver BC Canada V6Z IN9, (telephone 604-263-9923), is HEREBY APPOINTED to serve as English/Spanish interpreter in accordance with provisions of the Court Interpreters Act, 28 U.S.C. §§604(a)(14) and (a)(15), 604(f), 1827 and 1828. Payment for in-court translation services shall be paid by the United States.

When Ms. Salazar-Hobrough's duties herein are concluded, the clerk is requested to assist her in preparing an appropriate claim for compensation and expenses. The claim shall comply with

[ ]{ORDERINT.WPD*Rev.12/02}

guidelines established by the Administrative Office and shall conform with the most recently published schedule of fees.

DATED at Anchorage, Alaska, this 25th day of July, 2006.

**REDACTED SIGNATURE**

JOHN W. SEDWICK
United States District Judge