Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>CEFERINO HERNANDEZ-GUZMAN,<br><br>              Defendant. | NO. 3:06-cr-00062-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      Ceferino Hernandez-Guzman intends to plead guilty to the indictment without a plea agreement. He asks that the change of plea hearing not be set on Friday, September 1, 2006.

      DATED at Anchorage, Alaska this 30th day of August 2006.

      Respectfully submitted,

      s/Kevin F. McCoy
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:     907-646-3400
      Fax:         907-646-3480
      E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on August 30, 2006,
a copy of the *Notice of Intent to
Change Plea* was served electronically
on:

Andrea Steward
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy