Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CEFERINO HERNANDEZ-GUZMAN,<br><br>    Defendant. | NO. 3:06-cr-00062-JWS<br><br>**SUPPLEMENTAL NOTICE ABOUT CHANGE OF PLEA HEARING** |

      The purpose of this notice is to advise the court that the parties will be asking for an expedited sentencing date that is convenient to the court and counsel.  A finalized pre-plea presentence report has already been prepared by Probation Officer Barbara Burton.  Mr. Hernandez-Guzman will be suggesting a sentencing date two weeks following the change of plea hearing.  The change of plea hearing is presently set for September 6, 2006.

DATED at Anchorage, Alaska this 31st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 31, 2006,
a copy of the *Supplemental Notice
About Change of Plea Hearing*
was served electronically on:

Andrea Steward
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy