```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __CEFERINO HERNANDEZ-GUZMAN__  CASE NO. __3:06-CR-00062-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:         JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      ANDREA STEWARD

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                     BARBARA BURTON

INTERPRETER:                  CHANDLER THOMPSON (SPANISH)
 _X_ Telephonic Appearance                      (Language)

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING/IMPOSITION OF
             SENTENCE Held 09/06/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened.

 _X_ Interpreter sworn.

 _X_ Defendant Sworn and stated name: _Same as above._

 _X_ Notice of Appeal form given to defense counsel.

 _X_ Court stated findings/reasons pursuant to sentencing guidelines.

 _X_ Imprisonment for a period of _72 Days, credit for time served._

 _X_ Defendant placed on supervised release for a period of _One_ year under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 _X_ Special Assessment $ _100.00_ , due _immediately._

 _X_ Defendant remanded to the custody of the U.S. Marshal.

 _X_ OTHER: _Court and counsel heard re rights, charges and penalties. Sentencing comments heard. Court advised defendant of appeal rights. Notice of Appeal Rights and Payment Coupon given to defendant._

At 9:01 a.m. court adjourned.


DATE:    September 8, 2006        DEPUTY CLERK'S INITIALS:   ce